IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO.: 5:11CV103-RLV

| | | |
|---|---|---|
| SETH HARRIS, Acting Secretary of Labor, United States Department of Labor,<br>   Plaintiff, | )<br>)<br>)<br>) | |
| v. | ) | **O R D E R** |
| | ) | |
| BELDING HAUSMAN, INC.; BELDING HAUSMAN, INC. DEFERRED COMPENSATION PLAN; and CURTIS WILFORD STOWE, an Individual,<br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) | |

**THIS MATTER** is before the Court on its own motion to inquire as to the status of the litigation.

On March 12, 2013, the Clerk of Court issued "Entry of Default" against corporate Defendants Belding Hausman, Inc., and Belding Hausman, Inc. Deferred Compensation Plan. (Doc. 19). However, Plaintiff has not requested that Default Judgment be entered against these two entities. In addition, with respect to Plaintiff's claim against Defendant Curtis Wilford Stowe ("Stowe"), the docket reveals that on February 15, 2013, the "Certification of ADR Session" form indicated: "The parties are close to settlement and discussions will continue by phone." (Doc. 17, at 2).

**IT IS, THEREFORE, ORDERED** that the parties are hereby directed to file a Status Report **on or before Monday, June 3, 2013**.

Signed: May 9, 2013

Richard L. Voorhees
United States District Judge